1

2

3   JS 6

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  ROLAND M. DEVERA,              )   Case No. CV 13-9317 DSF (AGRx)
                                   )
11              Plaintiff,         )
                                   )   JUDGMENT OF DISMISSAL
12  v.                             )
                                   )
13                                 )
                                   )
14  MARTINGALE INVESTMENTS         )
    LLC                            )
15                                 )
                Defendants.        )
16                                 )
                                   )
17  _____ )

18         The Court having previously issued an Order dismissing the action with leave

19  to amend the Complaint by January 28, 2014, and plaintiff not having filed an

20  amended complaint,

21         IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the

22  action be dismissed without prejudice.

23

24

25  Dated: 2/4/14
                                   _____
26                                         DALE S. FISCHER
                                      United States District Judge
27

28